**Certificate of Service of**
**JA Solar Vietnam Company Limited et al. v. United States**
**Court No. 26-03142**

Pursuant to USCIT R.3, USCIT R.4 and USCIT R.5 of the U.S. Court of International Trade and Administrative Order 02-01, I certify that on August 5, 2026, I served the Confidential Complaint, Confidential Amended Complaint and Confidential Motion for Preliminary Injunction via secure file-share server upon the following:

Tate Walker, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Tate Walker, Esq.
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Jack Dunkelman, Esq.
General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Timothy C. Brightbill, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036

Respectfully submitted,

Dated:  August 5, 2026

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
Savannah R. Maxwell
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Ste 810
Washington, DC 20015
Tel: 202-688-3610
jsg@mowrygrimson.com
*Counsel to JA Solar*