**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**JA SOLAR VIETNAM COMPANY., *et al.*,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,**

**Defendant-Intervenor.**

**Before: Hon. Joseph A. Laroski, Judge**

**Consol. Court No. 26-03142**

**LETTER IN LIEU OF RESPONSE BRIEF CONCERNING THE DEFENDANT'S MOTION TO DISMISS**

**Timothy C. Brightbill, Esq.**
**Laura El-Sabaawi, Esq.**
**Paul A. Devamithran, Esq.**

**WILEY REIN LLP**
**2050 M Street, NW**
**Washington, DC 20036**
**(202) 719-7000**

***Counsel to the American Alliance for Solar Manufacturing***

**Dated: October 2, 2026**

**Ct. No. 26-03142**

On behalf of Defendant-Intervenor the American Alliance for Solar Manufacturing (the "Alliance"), we hereby submit this letter notifying the Court that we do not intend to file a response brief concerning the Defendant's Motion to Dismiss, ECF No. 29. We hereby incorporate by reference the arguments made in the August 27, 2026 Motion to Dismiss of Defendant United States, which we support. *See* Def. Mot. to Dismiss, ECF No. 29.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Paul A. Devamithran, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the American Alliance for Solar Manufacturing*

Dated: October 2, 2026